UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRELL MICHAEL BROWN,                          CIVIL NO. 13-1058 (MJD/JSM)

      Plaintiff,

v.                                                                      ORDER

JOHN KING,
KENT GRANDLIENARD,
DAVID REISHUS,
TAMMY WHERLEY,
RICARDO LOPEZ, and
VINCENT KRENTZ,

      Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 2, 2013.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, it is HEREBY ORDERED that: Plaintiff's Motion for Temporary Restraining Order [Docket No. 3] is **DENIED**.

Date: September 4, 2013                  s/Michael J. Davis_____
                                                         MICHEAL J. DAVIS
                                                         Chief Judge
                                                         United States District Court